IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raymond Crump, | No. CV-16-00312-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Experian Information Solutions Incorporated, | |
| Defendant. | |

Pursuant to the Parties' Stipulation for Dismissal with Prejudice (Doc. 24),

**IT IS ORDERED** this action is dismissed with prejudice, the parties to bear their own attorneys' fees and costs.

Dated this 13th day of July, 2016.

Honorable Roslyn O. Silver
Senior United States District Judge